UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

CAPITALPLUS EQUITY, LLC, )
)
    Plaintiff, )
)
v. ) No.: 3:18-CV-178-TAV-DCP
)
TUTOR PERINI CORPORATION and )
TUTOR PERINI BUILDING CORP., )
)
    Defendants. )

## ORDER

This civil action is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge Debra C. Poplin on May 31, 2019 [Doc. 58]. In the R&R, the magistrate judge recommends that the Court deny the second motion to intervene filed by The Espinosa Group, Inc., Juan Espinosa, Carol Espinosa, Michael Espinosa, and Jamiju, LLC (collectively, "Movants") [Doc. 50]. There have been no timely objections filed to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendation. Accordingly, the Court **ACCEPTS** the R&R [Doc. 58] in full pursuant to 28 U.S.C. § 636(b)(1). Movants' second motion to intervene [Doc. 50] is hereby **DENIED**.

IT IS SO ORDERED.

                            s/ Thomas A. Varlan
                            UNITED STATES DISTRICT JUDGE